UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNA BRAZIER,

     Plaintiff,

v.                                    CASE NO: 8:04-cv-1538-T-23MSS

DEBT RECOVERY, INC.,

     Defendant.

_____/

## ORDER

     United States Magistrate Judge Mary S. Scriven submits a report and recommendation (Doc. 40) on the plaintiff's motion (Doc. 37) for attorney's fees and costs.  Neither party files an objection to the report and recommendation, and the time to file objections has expired.  Accordingly, Judge Scriven's recommendation (Doc. 40) is **ADOPTED**, and the plaintiff's motion (Doc. 37) for fees and costs is **GRANTED IN PART** and **DENIED IN PART**.  The plaintiff is awarded attorney's fees in the amount of $7,875.00 and costs in the amount of $283.75.  The Clerk is directed to enter judgment in favor of the plaintiff in the amount of $7,875.00 in attorney's fees and $283.75 in costs.  The plaintiff's request for a supplemental award of attorney's fees is **DENIED**.

     ORDERED in Tampa, Florida, on October 4, 2005.

_____

**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

cc:   US Magistrate Judge
       Courtroom Deputy